**William MULLINS, Appellant,**

v.

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

March 1, 1974.

Anthony Wilhoit and William C. Ayer, Jr., Frankfort, for appellant.

Ed W. Hancock, Atty. Gen., Guy C. Shearer, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Commissioner CULLEN, Affirming.*

**Jeanne S. COMBS, Appellant,**

v.

**Richard T. COMBS, Appellee.**

Court of Appeals of Kentucky.

March 1, 1974.

William C. Oldfield, Cobb, Combs, Beasley & Oldfield, Covington, for appellant.

James C. Ware, Ware, Bryson, Nolan, West & Hiltz, Covington, for appellee.

Memorandum Opinion of the Court by Commissioner GARDNER, Affirming.*

**COMMONWEALTH of Kentucky, DEPARTMENT OF HIGHWAYS, Appellant,**

v.

**Alma ELSWICK, Widow, Appellee.**

Court of Appeals of Kentucky.

March 1, 1974.

Jim Robinson, General Counsel, Asst. Atty. Gen., Dept. of Highways, Frankfort, Edmond H. Tackett, Pikeville, for appellant.

R. Roland Case and Kelsey E. Friend, Pikeville, for appellee.

Memorandum Opinion of the Court by Justice JONES, Affirming.*

**Lyle GOLDY, Appellant,**

v.

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

March 1, 1974.

Anthony M. Wilhoit, Frankfort, Anthea M. Boarman, Lexington, for appellant.

Ed W. Hancock, Atty. Gen., Kenneth A. Howe, Jr., Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Commissioner CATINNA, Affirming.*

* Opinion ordered not to be published.